# Third District Court of Appeal

## State of Florida

Opinion filed February 11, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-1176
Lower Tribunal No. F22-19631
_____

**Vontoria Walker,**
Appellant,

vs.

**State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Carmen Cabarga, Judge.

Carlos J. Martinez, Public Defender, and Amy Lynn Weber, Assistant Public Defender, for appellant.

James Uthmeier, Attorney General, and Ivy R. Ginsberg, Senior Assistant Attorney General, for appellee.

Before MILLER, LOBREE, and BOKOR, JJ.

PER CURIAM.

Affirmed.